LOUIS A. LEONE, ESQ. (SBN: 099874)
PATRICIA J. PARKER, ESQ. (SBN: 155013)
KATHERINE A. ALBERTS, ESQ. (SBN: 212825)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:   (925) 974-8601

Attorneys for Defendants
OAKLEY UNION ELEMENTARY SCHOOL DISTRICT, RICHARD ROGERS, MARRYANN HUSSEY, SCOTT SCHARTZ, GREG HETRICK, BOARD OF TRUSTEES OF THE OAKLEY UNION ELEMENTARY SCHOOL DISTRICT, MARK JORDAN, KAREN BERGENHOLTZ, RON KRATINA, KIM SOLARSKI, and LAURI WINTERS

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.D., by his guardian ad litem, J.B., on behalf of himself and all others similarly situated,<br><br>　　　Plaintiff,<br><br>vs.<br><br>OAKLEY UNION ELEMENTARY SCHOOL DISTRICT; RICHARD ROGERS, in his official capacity as Superintendent; MARRYANN HUSSEY, in her official capacity as Director of Student Support Services and in her individual capacity; SCOTT SCHARTZ, in his official capacity as School Psychologist; GREG HETRICK, in his official capacity as Principal of Delta Vista Middle School; and the BOARD OF TRUSTEES OF THE OAKLEY UNION ELEMENTARY SCHOOL DISTRICT, MARK JORDAN, KAREN BERGENHOLTZ, RON KRATINA, KIM SOLARSKI, and LAURI WINTERS in their official capacities,<br><br>　　　Defendants. | CASE NO.:  C 07-00920 MHP<br><br>**STIPULATION OF THE PARTIES CONTINUING THE DUE DATE FOR DEFENDANTS' RESPONSIVE PLEADING TO APRIL 19, 2007** |

The parties agree that Defendants OAKLEY UNION ELEMENTARY SCHOOL DISTRICT, RICHARD ROGERS, MARYANN HUSSEY, SCOTT SCHARTZ, GREG HETRICK, the BOARD OF TRUSTEES OF THE OAKLEY UNION ELEMENTARY SCHOOL DISTRICT, MARK JORDAN, KAREN BERGENHOLTZ, RON KRATINA, KIM SOLARSKI, and LAURI WINTERS, (collectively "Defendants") have an additional three (3) days to file a responsive pleading in this matter. Therefore, Defendants' responsive pleading is now due on April 19, 2007.

STUBBS & LEONE

DATED: April 16, 2007

_____
PATRICIA J. PARKER
Attorneys for Defendants,
OAKLEY UNION ELEMENTARY SCHOOL DISTRICT, et al.

BENEDETTI & ASSOCIATES

DATED: April __, 2007

_____
RHODA BENEDETTI
Attorneys for Plaintiff, K.D.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/17/2007

United States
HON. MARILYN H. PATEL

IT IS SO ORDERED
Judge Marilyn H. Patel

-2-

1 The parties agree that Defendants OAKLEY UNION ELEMENTARY SCHOOL DISTRICT, RICHARD ROGERS, MARYANN HUSSEY, SCOTT SCHARTZ, GREG HETRICK, the BOARD OF TRUSTEES OF THE OAKLEY UNION ELEMENTARY SCHOOL DISTRICT, MARK JORDAN, KAREN BERGENHOLTZ, RON KRATINA, KIM SOLARSKI, and LAURI WINTERS, (collectively "Defendants") have an additional three (3) days to file a responsive pleading in this matter. Therefore, Defendants' responsive pleading is now due on April 19, 2007.

STUBBS & LEONE

DATED: April __, 2007

_____
PATRICIA J. PARKER
Attorneys for Defendants,
OAKLEY UNION ELEMENTARY SCHOOL
DISTRICT, et al.

BENEDETTI & ASSOCIATES

DATED: April 16, 2007

_Rhoda Benedetti_
RHODA BENEDETTI
Attorneys for Plaintiff, K.D.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
United States District Court Judge
HON. MARILYN HALL PATEL

-2-