1  RHODA BENEDETTI (State Bar No. 192606)
   BENEDETTI & ASSOCIATES
2  1111 Civic Drive, Suite 380
   Walnut Creek, CA 94596
3  Telephone:     (925) 279-1177
   Facsimile:     (925) 279-1199
4  Email: rb@benedetti-law.com

5  WENDY E. MUSELL (State Bar No. 203507)
   ELISA J. STEWART (State Bar No. 219557)
6  STEWART & MUSELL
   600 Harrison Street, Suite 120
7  San Francisco, CA 94107
   Telephone:     (415) 593-0083
8  Facsimile:     (415) 520-0920
9  Email:  wmusell@hotmail.com

10 TAMARA L. LOUGHREY (State Bar No. 227001)
   LOUGHREY LAW FIRM
11 21-C Orinda Way, Suite 341
   Orinda, CA 94563
12 Telephone:     (925) 253-7300
13 Facsimile:     (925) 253-7305
   Email:  tamaraloughrey@spedattorneys.com
14 Attorneys for Plaintiffs

## THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.D., by his guardian ad litem, J.B., on behalf of himself and all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>OAKLEY UNION ELEMENTARY SCHOOL DISTRICT; RICHARD ROGERS, in his official capacity as Superintendent; MARRYANN HUSSEY, in her official capacity as Director of Student Support Services and in her individual capacity; SCOTT SCHARTZ, in his official capacity as School Psychologist; GREG HETRICK, in his official capacity as Principal of Delta Vista Middle School; and the BOARD OF TRUSTEES OF THE OAKLEY UNION ELEMENTARY SCHOOL DISTRICT, MARK JORDAN, KAREN BERGENHOLTZ, RON KRATINA, KIM SOLARSKI, and LAURI WINTERS in their official capacities;<br><br>Defendants. | **CASE NO. C 07-00920 MHP**<br><br>**STIPULATION OF THE PARTIES AND REQUEST FOR CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER**<br><br>Date:  May 21, 2007<br>Time:  4 p.m.<br>Location: Courtroom 15, 18th Floor |

---

*K.D. v. Oakley Union Elementary School District, et al.*                                                                                         Page 1
Stipulation to Continue CMC Date

1  Plaintiff K.D. and Defendants, Oakley Union Elementary School District, et al., by and through their
2 attorneys of record, hereby stipulate and request that the Court continue the Case Management Conference currently
3 scheduled for May 21, 2007 to June 4, 2007, at 4 p.m.  Due to calendaring conflicts, all of Plaintiffs' lead counsel are
4 currently unavailable on May 21, 2007, the date recently set by the court.  The parties hereto submit this Stipulation
5 and Proposed Order pursuant to the procedures set forth in Civil L.R. 16-2 and 7-12.

6  IT IS SO STIPULATED:

8 DATED:    May _9_, 2007            By:   /s/ Rhoda Benedetti___
9                                           Rhoda Benedetti
                                            BENEDETTI & ASSOCIATES

10                                          _____/s/Wendy Musell_____
11                                          Wendy E. Musell
                                            Elisa J. Stewart
12                                          STEWART& MUSELL

13 `                                        _____/s/Tamara Loughrey____
14                                          Tamara Loughrey
                                            LOUGHREY LAW FIRM
15                                            Attorneys for Plaintiffs

17 DATED:    May __9_, 2007           By:  /s/Patricia Parker
                                           Patricia Parker
18                                         STUBBS & LEONE
                                           Attorneys for Defendants
19

20                                      **ORDER**

21  The Court, having considered the stipulated request of the parties hereto, and good cause appearing
22 therefore, hereby continues the May 21, 2007 Case Management Conference date to June 4, 2007 at 4 p.m., in
23 Courtroom 15.
24 PURSUANT TO STIPULATION, IT IS SO ORDERED.

27 Dated:  May 11, 2007



IT IS SO ORDERED
Judge Marilyn H. Patel

*K.D. v. Oakley Union Elementary School District, et al.*
Stipulation to Continue CMC Date

Page 2