UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.D., | No. C-07-00920 MHP (JCS) |
| Plaintiff(s), | |
| v. | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| OAKLEY UNION ELEMENTARY SCHOOL DISTRICT, ET AL., | **(E-FILING CASE)** |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **August 13, 2007, at 11:00 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Lead trial counsel shall appear at the Further Settlement Conference with the parties who have full and unlimited authority to negotiate and settle the case.

Updated, confidential Settlement Conference Statements shall be LODGED with Chambers, NOT electronically filed, **no later than August 9, 2007**.

Counsel shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's June 14, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: July 31, 2007

JOSEPH C. SPERO
United States Magistrate Judge