**United States District Court**
For the Northern District of California

1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7  K.D.,                                              No. C-07-00920 MHP (JCS)

8          Plaintiff(s),
                                                      **NOTICE AND ORDER**
9      v.                                             **SETTING FURTHER**
                                                      **SETTLEMENT CONFERENCE**
10 OAKLEY UNION ELEMENTARY
   SCHOOL DISTRICT, ET AL.,                           **(E-FILING CASE)**
11
           Defendant(s).
12 _____/

13 TO ALL PARTIES AND COUNSEL OF RECORD:

14        You are hereby notified that a Further Settlement Conference is scheduled for **August 21,**

15 **2007, at 11:00 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco,

16 California.

17        Lead trial counsel shall appear at the Further Settlement Conference with the parties who

18 have full and unlimited authority to negotiate and settle the case.

19        Updated, confidential Settlement Conference Statements shall be LODGED with Chambers,

20 NOT electronically filed, **no later than August 20, 2007**.

21        Counsel shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case

22 settles prior to the date set for the Further Settlement Conference.  All other provisions of this

23 Court's June 14, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain

24 in effect.

25        IT IS SO ORDERED.

26

27 Dated: August 14, 2007                             _____
                                                      JOSEPH C. SPERO
28                                                    United States Magistrate Judge