United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

K.D.,

          Plaintiff(s),

  v.

OAKLEY UNION ELEMENTARY
SCHOOL DISTRICT, ET AL.,

          Defendant(s).
_____/

No. C-07-00920 MHP (JCS)

**NOTICE AND ORDER
SETTING FURTHER (TELEPHONIC)
SETTLEMENT CONFERENCE**

**(E-FILING CASE)**

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further (Telephonic) Settlement Conference, *with lead trial counsel only*, is scheduled for **September 6, 2007, at 2:00 p.m.** Court staff will initiate the teleconference.

Counsel shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's June 14, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: August 31, 2007

JOSEPH C. SPERO
United States Magistrate Judge