**United States District Court**
For the Northern District of California

1

2

3

4

5                       UNITED STATES DISTRICT COURT

6                       NORTHERN DISTRICT OF CALIFORNIA

7

8    K.D.,                                        No. C-07-00920 MHP (JCS)

9              Plaintiff(s),
                                                  **NOTICE AND ORDER**
10       v.                                       **SETTING FURTHER (TELEPHONIC)**
                                                  **SETTLEMENT CONFERENCE**
11   OAKLEY UNION ELEMENTARY
     SCHOOL DISTRICT, ET AL.,                     **(E-FILING CASE)**
12
               Defendant(s).
13   _____/

14   TO ALL PARTIES AND COUNSEL OF RECORD:

15        You are hereby notified that a Further (Telephonic) Settlement Conference, *with lead trial*

16   *counsel only*, is scheduled for **September 11, 2007, at 2:00 p.m.**  Court staff will initiate the

17   teleconference.

18        Counsel shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case

19   settles prior to the date set for the Further Settlement Conference.  All other provisions of this

20   Court's June 14, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain

21   in effect.

22        IT IS SO ORDERED.

23

24   Dated: September 7, 2007                     _____
                                                  JOSEPH C. SPERO
25                                                United States Magistrate Judge

26

27

28