RHODA BENEDETTI, Bar No. 192606
BENEDETTI & ASSOCIATES
1350 Treat Boulevard, Suite 170
Walnut Creek, CA 94597
Telephone: (925) 279-1177
Facsimile: (925) 279-1199
Email: rb@benedetti-law.com

WENDY E. MUSELL, Bar No. 203507
ELISA J. STEWART, Bar No. 219557
STEWART & MUSELL
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 593-0083
Facsimile: (415) 520-0920
Email: wmusell@stewartandmusell.com

TAMARA L. LOUGHREY, Bar No. 227001
LOUGHREY & WOELFEL
31 Panoramic Way, Suite 200
Walnut Creek, CA 94595
Telephone: (925) 935-4600
Facsimile: (925) 935-4602
tamara@spedattorneys.com

Attorneys for Plaintiffs

FILED
AUG 0 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case 3:07-cv-00920-MHP   Document 83   Filed 08/07/2008   Page 2 of 3

| | |
|---|---|
| K.D., by his guardian ad litem, J.B., on behalf of himself and all others similarly situated and J.B. as a parent of a child with disabilities on behalf of herself and all other parents of children with disabilities in the Oakley Union Elementary School District who are similarly situated;<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>OAKLEY UNION ELEMENTARY SCHOOL DISTRICT; RICHARD ROGERS, in his official capacity as Superintendent; MARYANN HUSSEY, in her official capacity as Director of Student Services and in her individual capacity; SCOTT SCHWARTZ, in his official capacity as School Psychologist; GREG HETRICK, in his official capacity as Principal of Delta Vista Middle School; and the BOARD OF TRUSTEES OF THE OAKLEY UNION ELEMENTARY SCHOOL DISTRICT, MARK JORDAN, KAREN BERGENHOLTZ, RON KRANTINA, KIM SOLARSKI, and LAURI WINTERS in their official capacities;<br><br>　　　　　　Defendants. | Case No. C07-00920 MHP<br><br>[~~Proposed~~] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF: REQUEST FOR JUDICIAL NOTICE OF CALIFORNIA DEPARTMENT OF EDUCATION (CDE) RULING RE: (a) FINDING DEFENDANT OAKLEY UNION ELEMENTARY SCHOOL DISTRICT IN VIOLATION OF STATE AND FEDERAL LAWS, AND (b) REQUIRING IMMEDIATE CORRECTIVE ACTION; AND PLAINTIFFS' REQUEST FOR A CASE MANAGEMENT CONFERENCE IN LIGHT OF CDE ORDER.<br><br>**Trial Date:**　　NONE |

　　　Having considered Plaintiffs' Motion For Administrative Relief: Request For Judicial Notice of California Department Of Education Ruling Re: (A) Finding Defendant Oakley Union Elementary School District In Violation Of State And Federal Laws, And (B) Requiring Immediate Corrective Action; and Plaintiffs' Request For A Case Management Conference In Light Of CDE Order; and Defendants' Opposition thereto, the Court Orders as follows:

　　　Plaintiffs' Motion for Administrative Relief is GRANTED.

　　　This Court takes Judicial Notice of the California Department of Education (CDE) Compliance Report.

　　　The Court also orders that, in light of the CDE Compliance Report, a Case Management Conference shall occur on _August 18, 2008_, at _3:00 p.m._

　　　The following matters will be considered by the Court:

(1) Whether it is necessary to proceed with Phase I (appeal) of trial, given that CDE has ordered Defendant District to provide to Plaintiffs K.D. and J.B. nearly all of the relief requested in Phase I of trial, including two years of compensatory education, reimbursement of out-of pocket costs, assessment in the areas requested by Plaintiffs, and convening of an IEP to implement the CDE order by September 15, 2008;

(2) Whether the case may proceed to Phase II (class claims) of trial, including an immediate lifting of the stay of discovery; and

(3) Whether the parties should be referred to Magistrate Judge Spero for settlement discussions, in light of the CDE decision and order.

IT IS SO ORDERED. *A joint case management conference statement shall be filed on or before August 14, 2008*

Dated: 8/8/08

HON. MARILYN HALL PATEL
U.S. District Court of the Northern District of California

[Proposed] ORDER RE PLAINTIFFS' MOTION FOR ADMINSTRATIVE RELIEF- Case No. C07-00920 MHP       Page 3