LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601

Attorneys for Defendants
OAKLEY UNION ELEMENTARY SCHOOL DISTRICT, RICHARD ROGERS, MARRYANN HUSSEY, SCOTT SCHARTZ, GREG HETRICK, BOARD OF TRUSTEES OF THE OAKLEY UNION ELEMENTARY SCHOOL DISTRICT, MARK JORDAN, KAREN BERGENHOLTZ, RON KRATINA, KIM SOLARSKI, and LAURI WINTERS

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.D., by his guardian ad litem, J.B., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OAKLEY UNION ELEMENTARY SCHOOL DISTRICT; RICHARD ROGERS, in his official capacity as Superintendent; MARYANN HUSSEY, in her official capacity as Director of Student Support Services and in her individual capacity; SCOTT SCHARTZ, in his official capacity as School Psychologist; GREG HETRICK, in his official capacity as Principal of Delta Vista Middle School; and the BOARD OF TRUSTEES OF THE OAKLEY UNION ELEMENTARY SCHOOL DISTRICT, MARK JORDAN, KAREN BERGENHOLTZ, RON KRATINA, KIM SOLARSKI, and LAURI WINTERS in their official capacities,<br><br>Defendants. | CASE NO.: C 07-00920 MHP<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

STIPULATION OF DISMISSAL WITH PREJUDICE

1

1  It is hereby stipulated by the parties, by and through their respective attorneys, that the
2  above-entitled action be dismissed with prejudice, each party to bear their costs and
3  attorney's fees.

5  IT IS SO STIPULATED:

7  DATED: April 14, 2009          STUBBS & LEONE

                                  LOUIS A. LEONE, ESQ.
                                  Attorneys for Defendants,
                                  OAKLEY UNION ELEMENTARY SCHOOL
                                  DISTRICT, et al.

12 DATED: April 22, 2009          STEWART & MUSELL

                                  WENDY E. MUSELL, ESQ.
                                  Attorneys for Plaintiff, K.D.

18  IT IS SO ORDERED.

20  DATED: 4/28/2009

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION OF DISMISSAL WITH PREJUDICE

## Final Settlement Agreement and Release
## K.D. V. OAKLEY UNION ELEMENTARY SCHOOL DISTRICT
## U.S. DISTRICT COURT CASE C07-00920 MHP

This Final Settlement Agreement and Release ("Agreement") is between Julia Benveniste ("Parent"), on her own behalf and on behalf of Keith Davies ("Student," hereinafter collectively referred to with Parent as "Plaintiff"), and the Oakley Union Elementary School District ("District"). The term "Parties" as used in this Agreement shall refer to the District and Plaintiff.

### 1. NATURE AND STATUS OF DISPUTE

Plaintiff has filed a complaint in the United States District Court, Northern District of California, Case No. C07-00920 MHP (herein "Action") relating to the educational program and services provided to the Plaintiff. Plaintiff also claims in the Action additional claims and causes of action against the District. Further, Plaintiff has filed several administrative complaints with the California Department of Education (CDE) and the Office of Administrative Hearings (OAH) with respect to the District. In order to avoid the time and expense of litigating the disputes, the Parties have agreed to resolve any and all disputes that exist between the Parties through this Agreement. This Agreement constitutes a full and final resolution of all claims and issues as against the District, it's employees, board, agents and attorneys.

### 2. MUTUAL COMPROMISE

This Agreement is entered into by the Parties for the purpose of compromising and settling past, present and future claims, actions, causes of actions, disputes, disagreements and issues between the parties, whether known or unknown, related to, or arising from, Student's attendance as a student in the District, his educational program, the failure to provide any services, the violations of any

04/14/2009 09:43 9259748601 STUBBS&LEONE PAGE 06/13
To: Louis Leone  Page 3 of 11        2009-04-13 18:29:08 (GMT)        Stewart & Musell  From: Wendy Musell

Case 3:07-cv-00920-MHP   Document 92   Filed 04/28/09   Page 4 of 11

federal or state law or regulation, and all claims related thereto as they relate in whole or in any part. This Agreement and resolution does not constitute, nor shall it be construed as, an admission of liability by the District or Plaintiff for any purpose.

The parties, in consideration of the promises made herein, agree as follows:

**A.  The Parties shall sign and file a stipulation dismissing the Action with prejudice, each party to bear their own costs and attorney fees.**

3.  GENERAL RELEASE AND DISCHARGE

The Parties hereby fully and mutually release and discharge one another, their employees, all administrators, school board and its members, agents, predecessors, successors and attorneys from past, present or future claims, damages, liabilities, rights, claims for attorney fees and costs, and complaints of whatever kind or nature arising from or related to Student's educational program This release and discharge precludes the Parties, and anyone acting on behalf of the Parties, from hereafter initiating or maintaining any actions, complaints, administrative process or any proceedings, other than proceedings to enforce this Agreement, as against the Parties.

This release and discharge applies to all claims upon or against each other for injuries, damages or any action or proceeding based on any state or federal statute, regulation, case decision, for claims under the Individuals with Disabilities Education Act (20 U.S.C. § 1400, et seq.), Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 732), the Americans with Disabilities Act (42 U.S.C. § 12101), California Education Code § 56000, et seq. School Committee of the Town of Burlington v. Dept. of Ed., 471 U.S. 359, 105 S.Ct. 1996 (1985) or rights under Winkelman by Winkelman v. Parma City, 550 U.S. 516, 127 S. Ct. 1994 (2007) and all subsequent decisions based thereon.

This release and discharge applies to all claims for injuries, damages, attorney fees, costs, reimbursement rights or losses arising out of or related to Student's attendance in the District.

**Plaintiff and District agree and hereby waive the application of, the following provision of California Civil Code §1542 to all claims as against each other:**

> "A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known to him or her must have materially affected his or her settlement with the debtor."

Acknowledging Civil Code section 1542, the Parties agree to waive the protections of section 1542 in order to relinquish all claims described herein. Specifically, the Parties understand and acknowledge the significance and consequence of this waiver of section 1542, as follows: (1) they may have additional causes of action, rights, or claims and attorneys' fees or costs arising or occurring up to the effective date of this Agreement, of which they are not now aware; (2) they may not make a further demand for any such claims, fees, or costs upon each other or their predecessors, successors, board, employees, or agents.

### 4. OTHER DOCUMENTS

All Parties agree to cooperate fully in the execution of any and all additional documents and the completion of any additional actions that may be necessary or appropriate to give full force and effect to the terms and intent of this Agreement.

## 5. CURRENT AND FUTURE OBLIGATIONS

The Parties agree that the District shall have no current or future obligation to provide any special education services to the Plaintiff under any and all federal and state laws and regulations. Any such claims are expressly waived by the Plaintiff. This Agreement shall not be considered an Individualized Education Plan (IEP) by any Party.

## 6. ENTIRE AGREEMENT

This Agreement is the entire agreement and understanding of the parties. There are no oral understandings, terms, or conditions, and neither party has relied upon any representation, express or implied, not contained in this Agreement. All prior understandings, terms, or conditions, written, oral, express, or implied, are superseded by this Agreement. This Agreement cannot be changed or supplemented orally, and may be modified or superseded only by written instrument executed by both Parties.

## 7. ATTORNEYS' FEES & COSTS

The Parties agree to be responsible for their own attorneys' fees and costs, if any, and waive any and all claims they or their attorneys may have related to any claim in any forum as against the Parties.

## 8. EXECUTION BY FACSIMILE OR IN COUNTERPARTS

This Agreement may be executed in counterparts such that the signatures may appear on separate signature pages. A copy or an original, with all signatures appended together, shall be deemed a fully executed Agreement. A facsimile version of any party's signature shall be deemed an original signature.

## 9. SEVERABILITY

If any provision of this Agreement is held to be void, voidable, or unenforceable, the remaining portions of the Agreement shall remain in full force and effect.

04/14/2009 09:43 9259748601 STUBBS&LEONE PAGE 09/13
To: Louis Leone Page 6 of 11 2009-04-13 18:29:08 (GMT) Stewart & Musell From: Wendy Musell

Case 3:07-cv-00920-MHP Document 92 Filed 04/28/09 Page 7 of 11

### 10. VOLUNTARY AGREEMENT AND ADVICE OF REPRESENTATIVE

The Parties represent that they have read this Agreement in full and understand and voluntarily agree to all the provisions herein, free from fraud, coercion or duress. The Parties further represent that they have, as of the date of execution of this Agreement, the legal capacity to understand, agree to, and sign this Agreement. The Parties warrant that they have had the opportunity to be represented by counsel or other representative of their own choosing, and have had the opportunity, should they choose, to consult with their legal counsel or other representative regarding this Agreement and each of its provisions. The District superintendent represents that he is authorized to execute this Agreement on behalf of the District and that the governing board of the District has approved this Agreement.

### 11. CONFIDENTIALITY

The Parties agree that this Agreement is strictly confidential and that the nature and terms of this Agreement shall not be disclosed to third parties except as required by law. However, for purposes of implementation and enforcement of the Agreement, the Parties mutually consent to disclosure and admissibility of this Agreement.

### 12. BINDING EFFECT

This Agreement is for the benefit of and shall be binding on all Parties and their respective successors, heirs, and assigns.

### 13. ENFORCEMENT

This Agreement is enforceable in any State court of competent jurisdiction or in a district court of the United States.

## 14. EFFECTIVE DATE

This Agreement shall be fully executed and effective upon signature by the Parties.

AGREED:

Julia Benveniste, individually and on behalf of her child and student Keith Davies

By: _____    _____
    Julia Benveniste                                                          Date
    Parent

OAKLEY UNION ELEMENTARY SCHOOL DISTRICT

By: _____    _____
    Richard Rogers                                                          Date
    Superintendent

APPROVED AS TO FORM:

By: *Rhoda Benedetti*    4-10-09
    Rhoda Benedetti                                                          Date
    Benedetti and Associates
    Attorneys for Plaintiff

By: *[signature]*    4/13/09
    Wendy Musell                                                          Date
    Stewart and Musell
    Attorneys for Plaintiff

APR. 10. 2009   5:24PM   PAC*BELL ANTIOCH                NO. 957   P.1

## 14. EFFECTIVE DATE

This Agreement shall be fully executed and effective upon signature by the Parties.

**AGREED:**

Julia Benveniste, individually and on behalf of her child and student Keith Davies

By: _[signature]_ Julia Benveniste     4/10/09
    Julia Benveniste                    Date
    Parent

**OAKLEY UNION ELEMENTARY SCHOOL DISTRICT**

By: _____          _____
    Richard Rogers                    Date
    Superintendent

**APPROVED AS TO FORM:**

By: _____          _____
    Rhoda Benedetti                   Date
    Benedetti and Associates
    Attorneys for Plaintiff

By: _____          _____
    Wendy Musell                      Date
    Stewart and Musell
    Attorneys for Plaintiff

Page 6 of 8

## 14. EFFECTIVE DATE

This Agreement shall be fully executed and effective upon signature by the Parties.

**AGREED:**

**Julia Benveniste, individually and on behalf of her child and student Keith Davies**

By: _____          _____
    Julia Benveniste                                                    Date
    Parent

**OAKLEY UNION ELEMENTARY SCHOOL DISTRICT**

By: _____/s/_____          __4/14/09_____
    Richard Rogers                                                      Date
    Superintendent

APPROVED AS TO FORM:

By: _____          _____
    Rhoda Benedetti                                                    Date
    Benedetti and Associates
    Attorneys for Plaintiff

By: _____          _____
    Wendy Musell                                                        Date
    Stewart and Musell
    Attorneys for Plaintiff

By: _____   Date 4/9/09
  Tamara Loughery
  Loughrey & Woelfel
  Attorneys for Plaintiff

By: ____4/14/09_____    Date 4/14/09
  Louis A. Leone Esq.
  Stubbs & Leone
  Attorneys for District

00002.00052/23252.1

Page 7 of 8